IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In The Matter Of :
: Case No.: 1:23MC31
:
$40,000.00 in U.S. CURRENCY :
:

**MOTION FOR EXTENSION OF TIME TO FILE**
**VERIFIED COMPLAINT OF FORFEITURE**

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, pursuant to 18 U.S.C. § 983(a)(3)(A), and respectfully moves the Court to extend the time within which to file a civil forfeiture complaint against the above-named property, seized on March 7, 2023, to and including October 20, 2023, to allow for further investigation into the facts and circumstances providing a basis for forfeiture.

Reyna G. Diaz Orellana, who filed a claim in the administrative forfeiture action initiated against the above-named property is not represented, and has not been contacted for consent to an extension.

WHEREFORE, the United States respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the above-named property until October 20, 2023.

A proposed Order is attached.

This the 21st day of August, 2023.

                                              Respectfully submitted,

                                              SANDRA J. HAIRSTON
                                              United States Attorney

                                              /s/ Lynne P. Klauer
                                              Lynne P. Klauer
                                              Assistant United States Attorney
                                              NCSB #13815
                                              Middle District of North Carolina
                                              101 S. Edgeworth Street, 4th Floor
                                              Greensboro, NC 27401
                                              Phone: (336) 333-5351
                                              Email: lynne.klauer@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, the foregoing Motion for Extension of Time to file Verified Complaint of Forfeiture was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

Reyna G. Diaz Orellana
5122 Cripple Creek Drive
Houston, TX 77017

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

*/s/ Lynne P. Klauer*

Lynne P. Klauer
Assistant United States Attorney
NCSB #13815
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
Email: lynne.klauer@usdoj.gov